FILED
AUG 2 2 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 16-30104-DRH |
| Plaintiff, | ) | |
| | ) | Title 16, United States Code, |
| vs. | ) | Sections 3372(d)(1) and |
| | ) | 3373(d)(3)(B) |
| ELIZABETH A. ALTON, | ) | |
| | ) | Class A misdemeanor |
| Defendant. | ) | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### False Labelling of Wildlife

On or about September 2, 2011, in Glen Carbon, Madison County within the Southern District of Illinois, the defendant,

**ELIZABETH A. ALTON,**

did knowingly make and submit a false label and a false identification of wildlife, that is, one Elephant ivory carving, in that the defendant instead wrote "plastic statue" under the description of the contents on a United States Postal Service Customs Declaration and Dispatch Note, PS Form 2976-A, said wildlife having been and intended to be exported from the United States. All in violation of Title 16, United States Code, Sections 3372(d)(1) and 3373(d)(3)(B), and Title 18, United States Code, Section 2.

### Forfeiture Allegation

Upon conviction of the offense alleged in the information, ELIZABETH A. ALTON, defendant herein, shall forfeit to the United States, pursuant to Title 16, United States Code, Section 3374 and Title 28, United States Code, Section 2461(c), any and all wildlife imported,

1

exported, transported, sold, received, acquired, or purchased contrary to the provisions of Section 3372 of Title 16, United States Code, or any regulation issued pursuant thereto. The property to be forfeited includes, but is not limited to, one elephant ivory carving.

UNITED STATES OF AMERICA

By: _____ for
DONALD S. BOYCE
United States Attorney

_____
WILLIAM E. COONAN
Assistant United States Attorney

Recommendation: unsecured bond